UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOIS REDMOND,

    Plaintiff,

v.

U.S. BANK NA,

    Defendant.

No. 15 C 10415
Judge James B. Zagel

## MEMORANDUM OPINION AND ORDER

The motion to proceed *in forma pauperis* is denied. If Plaintiff wishes to proceed with her complaint, she must file a new application which answers questions 4e and 4f. Furthermore, Plaintiff's complaint simply says that on August 27, 2015, Plaintiff "was being forced/coerced into signing agreed Court Order which violates" Plaintiff's constitutional rights. Neither the "Court Order" nor the "constitutional rights" are described. Without a specific description of the Court Order and the alleged coercion, the case could not go forward. The plaintiff must be specific in order to pursue her claim.

ENTER:

*/s/ James B. Zagel*

James B. Zagel
United States District Judge

DATE: December 10, 2015

1